[No. 23291-3-III.   Division Three.   June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GLEN BALDWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00706-3, Kathleen M. O'Connor, J., entered August 12, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24764-3-III.   Division Three.   June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00098-2, Allen Nielson, J., entered October 19, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.

[No. 25067-9-III.   Division Three.   June 5, 2007.]

*In the Matter of the Marriage of* GEORGE A. GILMORE, *Respondent*, and MICHELE M. GILMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-01170-2, Tari S. Eitzen, J., entered March 2, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik and Stephens, JJ.

[No. 25106-3-III.   Division Three.   June 5, 2007.]

SHERYL COX ET AL., *Appellants*, v. KIRK KLICKER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-2-00519-2, Donald W. Schacht, J., entered March 13, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.